IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| William McGreal, Sr. and Denise McGreal, husband and wife | : | No. 2:18-cv-01601 |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| Westmoreland County Children's Bureau, Shara Saveikis, Director of Westmoreland County Children's Bureau, in her individual and official capacity | : | ELECTRONICALLY FILED |
| | : | |
| Defendants. | : | |

## Joint Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Respectfully submitted:

 /s/Nathan F. Fulk.                              /s/David A. Regoli

Nathan F. Fulk, Esquire
Counsel for Plaintiffs
THE LINDSAY LAW FIRM, P.C.
110 East Diamond St., Suite 301
Butler, PA 16001
724-282-6600
michele@lindsaylawfirm.com
nathan@lindsaylawfirm.com

David A. Regoli, Esquire
Counsel for Defendants
2 North Main Street, 1st Floor
Solicitor's Office
Greensburg, PA  15601
724-830-3583
regoli@regolilaw.com

**IT IS SO ORDERED:**

Date: _____     _____

## CERTIFICATE OF SERVICE

I, Nathan F. Fulk, Esquire, hereby certify that on this 31st day of August, 2020, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>David A. Regoli, Esquire
>Counsel for Defendants
>2 North Main Street, 1st Floor
>Solicitor's Office
>Greensburg, PA  15601

>BY: */s/Nathan F. Fulk*
>Nathan F. Fulk, Esquire
>Attorney for Plaintiffs
>PA I.D. #324691
>
>THE LINDSAY LAW FIRM, P.C.
>110 E. Diamond Street, Suite 301
>Butler, PA 16001
>Phone: (724) 282-6600
>nathan@lindsaylawfirm.com